IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>JERRY'S CARING HANDS, INC.<br>and EBERE OGBONNAH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-cv-213<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO STAY PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS**

The Secretary hereby requests that the Court stay proceedings, in this matter, including extending any applicable deadlines. As grounds for this motion, the Secretary states as follows:

1. This matter is currently pending before the Court, and the Department of Labor is a party to it. The undersigned represents the Department of Labor in this matter and is responsible for all filings and other actions.

2. At the end of the day on September 30, 2025, appropriated funding for the Department of Labor and its subagencies lapsed. At this time, we do not know when Congress will restore funding.

3. As a result of the lapse in appropriations, Department of Labor attorneys in the Solicitor's Office (including the undersigned) are prohibited from doing work, even on a voluntary basis, "exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. This exception "does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. In light of the foregoing, the Department of Labor requests that the Court stay all deadlines in this matter, including any applicable proceeding dates, by the number of days of the lapse of appropriations plus two weeks, or other time frame the Court deems appropriate.

5. I have contacted counsel for Defendants, and they do not object to this motion.

WHEREFORE, the Department of Labor respectfully requests that the Court stay all proceedings in this case, including any applicable deadlines.

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103 | Jonathan L. Snare<br>Acting Solicitor of Labor<br><br>Samantha N. Thomas<br>Regional Solicitor |
| (215) 861-5141 (voice)<br>(215) 861-5162 (fax) | Adam Welsh<br>Wage and Hour Counsel |
| stelmack.kyle.d@dol.gov<br><br>Date: October 1, 2025 | */s/ Kyle D. Stelmack*<br>By: Kyle D. Stelmack<br>Trial Attorney<br>PA ID # 322944<br><br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on October 1, 2025, I electronically filed this document with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to these documents to all attorneys of record.

*/s/ Kyle D. Stelmack*
Kyle D. Stelmack
Trial Attorney
